**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 12, 2014

Mr. T. Joseph Seward
Cummings, McClorey, Davis & Acho
33900 Schoolcraft Road
Livonia, MI 48150

    Re: Case No. 14-2019, *Shoshana Hebshi v. USA, et al*
      Originating Case No. : 4:13-cv-10253

Dear Counsel,

 This appeal has been docketed as case number **14-2019** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **August 26, 2014**.

    Appellant: Appearance of Counsel
           Civil Appeal Statement of Parties & Issues
           Transcript Order
           Disclosure of Corporate Affiliations
           Application for Admission to 6th Circuit Bar (if applicable)

    Appellee: Appearance of Counsel
          Disclosure of Corporate Affiliations
          Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                      Sincerely yours,

                                      s/Roy G. Ford
                                      Case Manager
                                      Direct Dial No. 513-564-7016

cc:  Ms. Lynn Marie Dodge
     Mr. Alan B. Havis
     Ms. Kathryn Bruner James
     Ms. Lindsey A. Kaczmarek
     Mr. Michael Jay Steinberg

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 14-2019

SHOSHANA HEBSHI

    Plaintiff - Appellee

v.

OFFICER JEREMY BOHN; CAPTAIN PATRICK DRISCOLL; CORPORAL MICHAEL BRADLEY; LIEUTENANT MICHAEL WASIUKANIS, all in their individual capacities,

    Defendants - Appellants

and

UNITED STATES OF AMERICA; FRONTIERAIRLINES, INC.; JOHN BRAND,; UNKNOWN FBI AGENT 1; UNKNOWN FBI AGENT 2; MARK DEBEAU; OFFICER GRANT; TOYA PARKER; DT. CARMONA,OFFICER JOHNSON,; UNKNOWN CBP OFFICER; DAVID LAKATOS; NATHANIAL DEVINS; UNKNOWN TSA AGENT 1; UNKNOWN TSA AGENT 2,; ROBERT BALL; UNKNOWN ICE OFFICER; PAUL BRUMLEY

Defendants