OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| PAUL B. CALICO<br>*Chief Circuit Mediator*<br>RODERICK M. MCFAULL<br>MARIANN YEVIN<br>ROBERT S. KAISER | 100 EAST FIFTH STREET<br>CINCINNATI, OHIO 45202-3988 | TELEPHONE (513) 564-7330<br>FAX (513) 564-7349 |

August 21, 2014

Kathryn Bruner James, Esq.
Alan B. Havis, Esq.
T. Joseph Seward, Esq.

Re: *Shoshana Hebshi v. USA, et al*, CA Nos. 14-2019; 14-2022

## CANCELATION NOTICE

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the **telephone** mediation conference currently scheduled for **September 4, 2014**, is hereby **CANCELED**. This may be reset at a future date.

Sincerely,

/s/

Connie A. Weiskittel
Mediation Administrator

cc:     Robert S. Kaiser