UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Disclosure of Corporate Affiliations and Financial Interest

Sixth Circuit
Case Number: 14-2019     Case Name: Hebshi v USA, Frontier, et al

Name of counsel: Douglas J. Curlew

Pursuant to 6th Cir. R. 26.1, <u>Ofr. J. Bohn, Cpt. P. Driscoll, Cpl. M. Bradley & Lt. M Wasiukanis</u>
                                                    *Name of Party*
makes the following disclosure:

1. Is said party a subsidiary or affiliate of a publicly owned corporation? If Yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

   No

2. Is there a publicly owned corporation, not a party to the appeal, that has a financial interest in the outcome? If yes, list the identity of such corporation and the nature of the financial interest:

   No

---

**CERTIFICATE OF SERVICE**

I certify that on _____August 22, 2014_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Douglas J. Curlew (P39275)
33900 Schoolcraft Road
Livonia, MI. 48150

---

This statement is filed twice: when the appeal is initially opened and later, in the principal briefs, immediately preceding the table of contents. See 6th Cir. R. 26.1 on page 2 of this form.