UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __14-2019__

Case Name: __Shoshana Hebshi__ vs. __United States, et al.__

Client's or Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Shoshana Hebshi

☐ Appellant    ☐ Petitioner    ☐ Amicus Curiae    ☐ Criminal Justice Act
☑ Appellee     ☐ Respondent    ☐ Intervenor                (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☐

Name: __Shelli L. Calland__    Admitted: __May 22, 2008__
(Sixth Circuit admission date only)

Signature: __s/ Shelli L. Calland__

Firm Name: __Covington & Burling LLP__

Business Address: __1201 Pennsylvania Avenue, NW__

Suite: ____    City/State/Zip: __Washington, DC  20004__

Telephone Number (Area Code): __(202) 662-5480__

Email Address: __scalland@cov.com__

---

CERTIFICATE OF SERVICE

I certify that on __August 26, 2014__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Shelli L. Calland__

---

6ca-68
6/12