UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: _____ 14-2019 _____

Case Name: __Shoshana Hebshi_____ vs. __United States, et al._____

Client's or
Clients' Name(s):  (List all clients on this form, do not file a separate appearance form for each client.)

| |
|---|
| Shoshana Hebshi |

☐ Appellant       ☐ Petitioner       ☐ Amicus Curiae       ☐ Criminal Justice Act
☑ Appellee        ☐ Respondent       ☐ Intervenor                 (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  Check if you are lead counsel.  ☐

Name: __Sarah Tremont_____     Admitted: __March 2011_____
                                                                    (Sixth Circuit admission date only)

Signature: __s/ Sarah Tremont_____

Firm Name: __Covington & Burling LLP_____

Business Address: __1201 Pennsylvania Avenue, NW_____

Suite: _____     City/State/Zip: __Washington, DC  20004_____

Telephone Number (Area Code): __(202) 662-5538_____

Email Address: __stremont@cov.com_____

CERTIFICATE OF SERVICE
I certify that on __August 26. 2014_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Sarah Tremont_____

6ca 68
6/12