OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

| | | |
|---|---|---|
| PAUL B. CALICO | **100 EAST FIFTH STREET** | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | **CINCINNATI, OHIO 45202-3988** | FAX (513) 564-7349 |
| RODERICK M. MCFAULL | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| MARIANN YEVIN | | |
| ROBERT S. KAISER | | |

September 22, 2014

| | |
|---|---|
| Michael Jay Steinberg, Esq. | Douglas J. Curlew, Esq. |
| Shelli Li Calland, Esq. | T. Joseph Seward, Esq. |
| Julie H. Hurwitz, Esq. | Alan B. Havis, Esq. |
| Kathryn Bruner James, Esq. | |
| Miriam Rose Nemeth, Esq. | |
| Sarah E. Tremont, Esq. | |

Re: *Shoshana Hebshi v. USA, et al*, CA Nos. 14-2019; 14-2022

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, these matters are hereby **held in abeyance**. Counsel for the Appellants are directed to submit a written **Status Report** with the first one due **November 14, 2014**.

Please submit the Status Report **directly to the Mediation Office** by email at the above email address. (If you do not have email access, you can fax the report to **513-564-7349**.) The Mediation Office will acknowledge receipt of the report on the docket and notify counsel of the next due date. **Please do NOT file the Status Report with the Clerk of Court**.

Failure of the Appellants to submit timely Status Reports pursuant to the above schedule may jeopardize the abeyance and result in the case being returned to the active docket for resolution by the Court.

Sincerely,

/s/

Robert S. Kaiser

lmr

cc:     Roy Ford, Case Manager