OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

331 POTTER STEWART U.S. COURTHOUSE

| | | |
|---|---|---|
| PAUL B. CALICO | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| RODERICK M. MCFAULL | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| MARIANN YEVIN | | |
| ROBERT S. KAISER | | |

November 13, 2014

| | |
|---|---|
| Michael Jay Steinberg, Esq. | Douglas J. Curlew, Esq. |
| Shelli Li Calland, Esq. | T. Joseph Seward, Esq. |
| Julie H. Hurwitz, Esq. | Alan B. Havis, Esq. |
| Kathryn Bruner James, Esq. | |
| Miriam Rose Nemeth, Esq. | |
| Sarah E. Tremont, Esq. | |

Re:  *Shoshana Hebshi v. USA, et al*, CA Nos. 14-2019; 14-2022

Dear Counsel:

This is to acknowledge receipt of a **Status Report** filed by **the Appellants** on November 12, 2014.

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, this matter will remain **in abeyance** with the next Status Report which is due **December 15, 2014**.

Please submit the Status Report **directly to the Mediation Office** by email at the above email address.  (If you do not have email access, you can fax the report to **513-564-7349**.)  The Mediation Office will acknowledge receipt of the report on the docket and notify counsel of the next due date. **Please do NOT file the Status Report with the Clerk of Court**.

Failure of the Appellant to submit timely Status Reports pursuant to the above schedule may jeopardize the abeyance and result in the case being returned to the active docket for resolution by the Court.

Thank you for your continued cooperation.

Sincerely,

/s/

Robert S. Kaiser

lmr

cc:     Roy Ford, Case Manager