OFFICE OF THE CIRCUIT MEDIATORS

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

PAUL B. CALICO
 *Chief Circuit Mediator*
RODERICK M. MCFAULL
MARIANN YEVIN
ROBERT S. KAISER

**100 EAST FIFTH STREET**
**CINCINNATI, OHIO 45202-3988**
CA06-MEDIATION@CA6.USCOURTS.GOV

TELEPHONE (513) 564-7330
FAX (513) 564-7349

January 16, 2015

Michael Jay Steinberg, Esq.
Shelli Li Calland, Esq.
Julie H. Hurwitz, Esq.
Kathryn Bruner James, Esq.
Miriam Rose Nemeth, Esq.
Sarah E. Tremont, Esq.

Douglas J. Curlew, Esq.
T. Joseph Seward, Esq.
Alan B. Havis, Esq.

Re:  *Shoshana Hebshi v. USA, et al*, CA Nos. 14-2019; 14-2022

Dear Counsel:

As discussed, attached is a form Stipulation to Dismiss.  As you can see, this requires the signature of counsel for all parties.  Once it has been fully agreed to and executed, please file the Stipulation with the Court by the date below in order to terminate the appeals voluntarily.  **Counsel who sign/approve the dismissal entry must have entered their Appearance of Counsel in these matters.**

Further, pursuant to Rule 33 of the local Rules of the Sixth Circuit, the filing deadline for this stipulation is **March 16, 2015**.  Please note that the Clerk's Office will expect to receive for filing the stipulation from the Appellants by the above deadline and can **dismiss the appeal for noncompliance** if it is not received.

The Appellants are instructed to contact this Office **before the due date** if the above filing deadline cannot be met and additional time is needed.

To electronically file a stipulation to dismiss, select the category of "Motion/Stipulation" along with "stipulation" and click continue to move to the relief screen.  You will see the Category and Description boxes with drop-down menus.  Continue by selecting "Stipulation" from the Category box and "Dismiss Case-Mediation" from the Description box and hit apply.

Thank you for your cooperation.

Sincerely,
/s/
Robert S. Kaiser

lmr
cc:    Roy Ford, Case Manager