Case No. 14-2019

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

SHOSHANA HEBSHI

      Plaintiff - Appellee

v.

OFFICER JEREMY BOHN; CAPTAIN PATRICK DRISCOLL; CORPORAL MICHAEL BRADLEY; LIEUTENANT MICHAEL WASIUKANIS, all in their individual capacities,

      Defendants - Appellants

and

UNITED STATES OF AMERICA; FRONTIERAIRLINES, INC.; JOHN BRAND,; UNKNOWN FBI AGENT 1; UNKNOWN FBI AGENT 2; MARK DEBEAU;
OFFICER GRANT; TOYA PARKER; DT. CARMONA; OFFICER JOHNSON,; UNKNOWN CBP OFFICER; DAVID LAKATOS; NATHANIAL DEVINS;
UNKNOWN TSA AGENT 1; UNKNOWN TSA AGENT 2,; ROBERT BALL; UNKNOWN ICE OFFICER; PAUL BRUMLEY

Defendants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

                                              **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 06, 2015